IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.               ) | Criminal No. 08-412 |
| ) | |
| KEVIN LAMAR WILLIAMS   ) | |
| ) | |
| Defendant.       ) | |

AND NOW, the defendant in the above entitled case hereby withdraws his plea of not guilty entered <u>December 17, 2008</u>, and now pleads guilty in open Court as to <u>Count One</u> this <u>5th</u> day of <u>October, 2009</u>.

_____
Defendant

_____
Counsel for Defendant