IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No. 08-412 |
| | ) | |
| KEVIN LAMAR WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 10th day of February, 2011, upon consideration of the Government's Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure filed on December 9, 2010,

IT IS HEREBY ORDERED that the sentence imposed on defendant Kevin Lamar Williams on December 23, 2009, is REDUCED to a term of imprisonment of twenty-four (24) months.

IT IS FURTHER ORDERED that, in all other respects, the sentence imposed on December 23, 2009, shall remain in full force and effect.

_[signature]_
United States District Judge

cc/ecf:   Asst. U.S. Atty. Charles Eberle

John A. Bacharach, Esquire

Kevin Lamar Williams, c/o John A. Bacharach, Esquire

U.S. Marshal's Office

U.S. Probation Office

Designation & Sentence Computation Center
Federal Bureau of Prisons
346 Marine Forces Drive
Grand Prairie, TX   75051